# Jones v. Jenkins.

APPEAL from Jefferson Circuit Court.

Tried before the Hon. JAMES J. BANKS.

B. C. JONES, for appellant.

CABANISS & WEAKLEY and HIBBARD & MILES, contra.

This suit was brought by the appellee James A. Jenkins, against the appellant, S. E. Jones, to recover damages for the alleged wrongful removal of his child's body from a cemetery. There was judgment for the plaintiff, assessing his damages at $500. Upon the rendition of this judgment, the defendant made a motion for a new trial, on the ground that the damages assessed by the jury were excessive. This motion for a new trial was overruled.

The court, in the principles of law governing the main issue in the case, followed the doctrines as laid down in *Bessemer Land & Imp. Co. v. Jenkins*, 111 Ala. 135. It is further held, however, that under the evidence in the case the damages awarded were excessive, and that the motion for a new trial should have been granted, and for this error the judgment is reversed and the cause remanded.

Opinion PER. CURIAM.